Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>DAVID W. BUBEL and<br>HEATHER M. BUBEL,<br><br>Debtors | Bankruptcy No. 09-28599 RKM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 02.39% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 1-2 | DISCOVER BANK<br>DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | $0.83 |

3.  A check in the amount of $0.83 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 8th day of June, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____