Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 09-28599 RKM |
| | ) | Chapter 7 |
| DAVID W. BUBEL and | ) | |
| HEATHER M. BUBEL, | ) | **SECOND DEPOSIT OF FUNDS FOR** |
| | ) | **SMALL CLAIMS** |
| Debtors | ) | |
| | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received an additional distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 1-2 | DISCOVER BANK<br>DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | $0.43 |



| | | |
|---|---|---|
| 3 | Action Collection Services<br>P.O. Box 5425<br>Boise, ID 83705 | $4.30 |
| 4 | Check City<br>P.O. Box 970183<br>Orem, UT 84097 | $4.26 |
| 6 | Check City<br>P.O. Box 970183<br>Orem, UT 84097 | $3.86 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT<br>FOR T-MOBILE/T-MOBILE USA INC.<br>P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | $2.99 |

3. A check in the amount of $15.84 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 17th day of June, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

ND: 4837-4876-2882, v. 1                    2