FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 20 PM 4: 12

DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>DAVID W. BUBEL and<br>HEATHER M. BUBEL,<br><br>Debtors. | Bankruptcy No. 09-28599 RKM<br>Chapter 7<br><br>**DEPOSIT OF<br>UNCLAIMED FUNDS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On June 17, 2010, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 10118 | Outsource Receivables Management<br>PO Box 166<br>Ogden, UT 84402 | $ 211.05 |

2. Said check has not been submitted for payment, and more than 90 days have elapsed since issuance of said check.

3. The Trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000259326266.

5. The last known name and address of payee, to which the check was sent, is listed above.

6. A check in the amount of $211.05 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 20 day of September, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2010, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

        U.S. Trustees Office
        Ken Garff Building
        405 S. Main Street
        Suite 300
        Salt Lake City, UT 84111

        /s/ Marlene Carle

ND: 4827-9968-7685, v. 1        3